**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **NUFIX, INC. and KEN HORTON,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.: CV-09-P-0093-S** |
| ) | |
| **BACTERIN INTERNATIONAL, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

**AMENDMENT TO AFFIRMATIVE DEFENSES
TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant Bacterin International, Inc ("Bacterin"), pursuant to <u>Federal Rules of Civil Procedure</u>, Rules 7, 12 and 13, hereby fully reasserts and incorporates its Answer and Affirmative Defenses to Amended Complaint and its Counterclaim filed on February 12, 2009, and submits as an amendment to its Affirmative Defendants, the following additional affirmatives defenses:

**FORTY-FOURTH DEFENSE**

Plaintiffs' patent is invalid because the '538 Patent is for a device that would have been obvious at the time the invention was made through a person having ordinary skill in the art.

**FORTY-FIFTH DEFENSE**

Plaintiffs' patent is invalid because the design attributes claimed in the '538 Patent are primarily functional.

**FORTY-SIXTH DEFENSE**

Plaintiffs' patent is invalid because the design attributes claimed in the '538 Patent are merely a combination of old elements contained in other products.

## FORTY-SEVENTH DEFENSE

Plaintiffs' alleged trade secrets were disclosed to third parties by NuFix or Mr. Horton without any efforts to maintain the confidentiality of the information.

## FORTY-EIGHTH DEFENSE

The design attributes claimed in the '538 patent had been in use or for sale in the public domain for more than a year prior to Mr. Horton or NuFix's application for the patent.

Defendant reserves the right to amend these Affirmative Defenses and to assert any additional and further defenses that may constitute an avoidance of liability or affirmative defense as may be revealed during discovery or upon receipt of additional information.

Dated this the 29th day of April, 2009.

*s/ Britt Monroe*
E. Britt Monroe (ASB-1454-O72E)
W. Hill Sewell (ASB-8800-L74W)
Carrie J. Dunn (ASB-7392-C96C)
***Attorneys for Bacterin International, Inc.***

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone:   (205) 967-8822
Facsimile:   (205) 967-2380

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2009, a true and correct copy of the foregoing has been furnished, via e-filing, upon the following parties:

Howard P. Walthall, Jr.
James A. Hoover
Ellen T. Mathews
BURR & FORMAN, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

*s/Britt Monroe*
OF COUNSEL