# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| NUFIX, INC. and KEN HORTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV-09-P-0093-S |
| ) | |
| BACTERIN INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Nufix, Inc. and Ken Horton ("Plaintiffs") and Defendant Bacterin International, Inc. ("Bacterin"), by and through their undersigned counsel, hereby jointly stipulate all of Plaintiffs' claims against Bacterin and all of Bacterin's counterclaims against Plaintiffs shall be dismissed with prejudice, with court costs to be taxed as paid.

Dated: September 10, 2009.

BY: _____
Howard P. Walthall, Jr.
James A. Hoover
Attorneys for Nufix, Inc. and Ken Horton

**OF COUNSEL:**
BURR & FORMAN, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
(205)251-3000

Dated: September 11th, 2009.

BY: _____
E. Britton Monroe
W. Hill Sewell
Carrie J. Dunn
Attorneys for Bacterin International, Inc.

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822

1774950 v1